DEWITT W. STEINER, Respondent, *v.* PLEASANTVILLE CONSTRUCTORS, INC., Appellant.

Supreme Court, Appellate Term, First Department, June 1, 1944.

*Bernard Levy* for appellant.

*Henry Amster* for respondent.

MEMORANDUM *Per Curiam.* Plaintiff is not entitled to recover double time for Sunday work under the provisions of the Fair Labor Standards Act (U. S. Code, tit. 29, § 201 *et seq.*). Executive Order No. 9240 (as amd. by Executive Order No. 9248; 7 Fed. Reg. 7419, eff. Oct. 1, 1942; also in note to U. S. Code, Supp. III, tit. 40, § 326) is not binding on the defendant.

The judgment should be modified by reducing the amount thereof to the sum of $1,381.36, with interest and costs, and as modified affirmed, without costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Judgment modified.